UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
DEBRA LYNN STONE,                       )
                                        )   No. C07-208RSL
                    Petitioner,         )   (CR04-251RSL)
        v.                              )
                                        )   ORDER DENYING MOTION FOR
UNITED STATES OF AMERICA,               )   RECONSIDERATION
                                        )
                    Respondent.         )
_____)

This matter comes before the Court on petitioner's "Motion for Reconsideration" (Dkt. #16). Petitioner asks the Court to reconsider its August 21, 2007 "Order Denying Motion Under 28 U.S.C. § 2255" (Dkt. #14). Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Petitioner has failed to identify any manifest error in the Court's prior ruling or to produce new facts or legal authority that would change the Court's original analysis. Accordingly, petitioner's motion for reconsideration (Dkt. #16) is denied.

DATED this 19th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION